**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO. 4:06mj007-WCS

RICHARD J. RIGHTMIRE

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 01/31/2006 (document #4), and referred to Magistrate Judge William C. Sherrill on 02/10/2006.

Summary of motion/pleading: MOTION TO DISMISS

                    WILLIAM M. MCCOOL, CLERK OF COURT

                    _____s/ Angie Maxwell_____
                    DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 10th day of February, 2006, the requested relief is **GRANTED.**

                    _____s/ William C. Sherrill_____
                    UNITED STATES MAGISTRATE JUDGE